## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

|  |  |
|---|---|
| Patrick Stroh, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.:  5:14-cv-00394-F |
| | : |
| Navient Solutions, Inc., | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.


Dated: September 25, 2014

                                            Respectfully submitted,

                                            By   */s/ Ruth M. Allen*

                                            Ruth M. Allen, Esq.
                                            Bar Number: 34739
                                            7413 Six Forks Road, Suite 326
                                            Raleigh NC  27615
                                            Email: rallen@lemberglaw.com
                                            Telephone: (855) 301-2100 Ext. 5536
                                            Facsimile:  (888) 953-6237
                                            Attorney for Plaintiff

                                            Of Counsel To:
                                            LEMBERG LAW, L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2014, a true and correct copy of the foregoing

Notice of Settlement was served electronically by the U.S. District Court Eastern District of

North Carolina Electronic Document Filing System (ECF) and that the document is available on

the ECF system.

By _/s/ Ruth M. Allen_____

Ruth M. Allen, Esq.