IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Patrick Stroh, | |
| Plaintiff, | Civil Action No.: 5:14-cv-00394-F |
| v. | |
| Navient Solutions, Inc., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Patrick Stroh, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: November 26, 2014

Respectfully submitted,

By: _/s/ Ruth M. Allen_

Ruth M. Allen, Esq.
Bar Number: 34739
7413 Six Forks Road, Suite 326
Raleigh NC  27615
Email: rallen@lemberglaw.com
Telephone: (855) 301-2100 Ext. 5536
Facsimile:  (888) 953-6237
Attorney for Plaintiff

Of Counsel To:

LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By _/s/ Ruth M. Allen_

Ruth M. Allen, Esq.